# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                       NO. 4:06CR00414-001 SWW

LALEROY JAMES HAMPTON
Reg #24368-009

### ORDER

Pending before the Court is a Pro Se motion to vacate, set aside or correct sentence under 28 U.S.C. 2255.  After a review of the pleadings, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion.  The Court therefore directs the United States to respond to the pleadings on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 22nd day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE